# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              NO. 4:08CR00006-002 SWW

JOHNNY NATHANIEL

### ORDER OF DISMISSAL

Upon the government's motion to dismiss the indictment pending against the above defendant,

IT IS ORDERED that the motion is granted, and the indictment pending in this case hereby is dismissed as to defendant Johnny Nathaniel.

DATED this 18th day of August, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE